**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KYLE VEAZEY** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | **NO. 23-CV-4824** |
| | : | |
| **J.G. WENTWORTH** | : | |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this 30th day of January, 2024, upon consideration of the fact that *pro se* Plaintiff Kyle Veazey has failed to file a proper complaint that complied with the Federal Rules of Civil Procedure, as directed by this Court's Order entered on December 13, 2023 (ECF No. 3), which (1) granted him thirty (30) days to do so and (2) warned him that if he failed to comply with the Order that this case would be dismissed without prejudice for failure to prosecute, accordingly, it is hereby **ORDERED** that:

1. Kyle Veazey's case is **DISMISSED, without prejudice,** for failure to prosecute.
2. The Clerk of Court is **DIRECTED** to **CLOSE** this case,

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*